# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| CAROL MURPHY, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO. 07-MC-118-P-H |
| | ) | |
| JUDGE CHRISTINE FOSTER, | ) | |
| DEFENDANT | ) | |

## ORDER OF DISMISSAL

On October 23, 2007, I issued an Order to Show Cause why this matter should not be dismissed for the plaintiff's failure to pay the full filing fee.  The plaintiff filed a response on October 30, 2007, which she calls an objection and a motion for recusal.  That document is frivolous and insulting, threatens to sue me for damages "in the millions," and makes clear that she will not pay the full filing fee. But it fails to show any ground for why she should not pay the full fee; and contains no factual basis for recusal.

Accordingly, the motion for recusal is **DENIED**, and Case No. 07mc118 is now **DISMISSED**.

**SO ORDERED.**

**DATED THIS 31ST DAY OF OCTOBER, 2007**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**